UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

GLORIA BEAVIDES,
*on behalf of herself, FLSA Collective Plaintiffs
and the Class,*

                      Plaintiff,

v.

SERENITY SPA NY INC. and YU QUN DAI,

                      Defendants.
-------------------------------------------------------------------------X

Case No.: 15-cv-9189

**NOTICE OF
ACCEPTANCE OF
OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, GLORIA BENAVIDES, and opt-in Plaintiff, FANNY YIN-FANG LIN hereby accept and provide notice that they have accepted Defendant Serenity Spa NY Inc.'s Offer of Judgment to Plaintiff and opt-in plaintiff dated April 12, 2018 and annexed hereto as Exhibit A.

Dated: New York, New York
       April 13, 2018

                                      Respectfully submitted,

                             By: _____
                                  C.K. Lee, Esq.
                                  Lee Litigation Group, PLLC
                                  30 East 39th Street, Second Floor
                                  New York, New York 10016
                                  Tel.: (212) 465-1188
                                  Fax: (212) 465-1181
                                  *Attorneys for Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA BENAVIDES,
*On behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

v.

SERENITY SPA NY INC. and YU QUN DAI,
                Defendants.

Case No.: 1:15-cv-9189

---

## OFFER OF JUDGMENT

To:   C.K. Lee
       Lee Litigation Group, PLLC
       30 East 39th Street, Second Floor
       New York, NY 10016

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Serenity Spa NY Inc. hereby offers to allow Judgment to be entered against it, in favor of Plaintiff GLORIA BENAVIDES and Opt-in Plaintiff FANNY YIN-FANG LIN, individually, in the amount of $20,000, inclusive of all damages, liquidated damages, interest, reasonable attorneys' fees, costs and expenses actually incurred, to which Plaintiff GLORIA BENAVIDES and Opt-in Plaintiff FANNY YIN-FANG LIN are entitled by law, to be paid as follows: $5,000 by April 20, 2018; $5,000 by May 20, 2018; $5,000 by June 20, 2018 and $5,000 by July 20, 2018. Any untimely payment shall be subject to a penalty of 10% interest, compounded monthly, following notice of default and a 10-day cure period.

      This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and it is not to be construed as either an admission that Defendant Serenity Spa NY Inc. is liable in this action, or that the Plaintiff and Opt-in Plaintiff have suffered any damage. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

April 12, 2018
New York, New York

                                    Yours Truly,

                                    Lawrence F. Morrison, Esq.
                                    Morrison Tenenbaum, PLLC
                                    87 Walker Street, Floor 2
                                    New York, NY 10013
                                    T. (212)620-0938
                                    F. (646)390-5095